UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:
Maurice Tate Adams                                    Case No. 12-53696
Danielle Marie Adams                                  Chapter 13
        Debtors                    Judge Preston

## NOTICE OF CHANGE OF ADDRESS OF DEBTORS

Now come the Debtors, Maurice and Danielle Adams, by and through counsel, who hereby serve notice of their new address as follows:

**Maurice T. Adams**
**Danielle M. Adams**
**1192 Whitney Ln**
**Westerville, OH 43081**

Please direct all future pleadings and correspondence to the Debtors at the above address.

Respectfully submitted,

/s/ Richard A. Schwager
Richard A. Schwager (#0039806)
SCHWAGER LAW OFFICES
211 E. Livingston Ave.
Columbus, Ohio   43215
(614) 228-3727
Attorney for Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice was served via ECF electronic transmission upon Frank M. Pees, Chapter13 Trustee, and upon the Office of the U.S. Trustee, at their respective addresses as listed with the ECF system on This 25th day of March 2016.

/s/ Richard A. Schwager
Richard A. Schwager (#0039806)
Attorney for Debtors